**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1875

ARNULFO O. LABASBAS,

Plaintiff - Appellant,

versus

RATAN KUMAR,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-05-592-1)

Submitted: January 20, 2006      Decided: February 8, 2006

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arnulfo O. Labasbas, Appellant Pro Se. Jerome Peyser Friedlander, II, FRIEDLANDER, FRIEDLANDER & EARMAN, PC, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arnulfo O. Labasbas appeals the district court's order dismissing his civil action alleging negligence, fraud, and racketeering claims under Fed. R. Civ. P. 12(b)(1) and (b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Labasbas v. Kumar, No. CA-05-592-1 (E.D. Va. filed July 8, 2005 & entered July 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED